ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring St., 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: SACV 13-01629-DOC(JPRx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $202,750.00 IN U.S. CURRENCY, | |
| Defendant. | |
| PETER MAHONE AND TOD HIPSHER, | |
| Claimants. | |

    The civil forfeiture action captioned above was commenced on October 17, 2013. Claimants Peter Mahone and Tod Hipsher ("Claimants") filed a claim on December 4, 2013. No other

claims or answers were filed and the time for filing claims and answers has expired.  Plaintiff and Claimant have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $202,750.00 in U.S. currency ("defendant currency") (Asset ID No. 13-ICE-001435).

    The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto, good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $152,750.00 of the defendant currency (Asset ID No. 13-ICE-001435) and all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  Of the remaining portion of the defendant currency, $30,000.00, without interest, shall be returned to Claimant Peter Mahone, and $20,000.00, also without interest, shall be returned to Claimant Tod Hipsher through their counsel.  The funds are to be made payable via ACH deposit to Janet Sherman, Client Trust Account.  The funds to be returned to claimants shall be paid to claimants within sixty (60) days of the entry of this Consent Judgment of Forfeiture.  Claimants and their attorneys shall provide to the government all information necessary for the government to effect the payments called for herein.

///

///

1    The Court finds that there was reasonable cause for the
2 seizure of the defendant currency and the institution of this
3 action.  This consent judgment shall be construed as a
4 certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5 Each of the parties shall bear its own fees and costs in
6 connection with the seizure, retention and return of the
7 defendant currency.

DATED: March 27, 2014

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

3